No. 145. GREENHILL ET AL. v. UNITED STATES. Motion of petitioners to vacate and remand denied. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *Dudley Yoedicke, Eugene Gressman* and *Leon D. Hubert, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 225. IRBY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *A. Andrew Giangreco* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 301. WEIGEL v. PARTENWEEDEREI ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Clifford D. O'Brien* for petitioner. *Erskine B. Wood* and *Alfred A. Hampson* for respondents.

No. 260. NORTH CAROLINA NATURAL GAS CORP. v. McJUNKIN CORPORATION. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted in this case because the petitioning North Carolina Natural Gas Corporation has been denied its right to a trial by jury guaranteed by the Seventh Amendment to the Constitution. *Eugene Gressman* for petitioner. *John H. Anderson, Willis Smith, Jr., Arthur G. Stone* and *Donald O. Blagg* for respondent.